```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


GEORGE P. JOHNSON,              )
      Plaintiff,                )
                                ) Civ. Action No. 19-12484-PBS
      v.                        )
                                )
JAMES HUANG, et al.,            )
      Defendants.               )
```

                            ORDER

                        March 4, 2020

SARIS, D.J.

In accordance with the Court's February 26, 2020 Electronic Order, plaintiff timely filed the full filing fee of $400 with an application to reopen the case.  See Docket Nos. 12, 13.  Based on the foregoing,

1. Plaintiff's motion to reopen (Docket No. 13) is ALLOWED.

2. The Clerk shall issue summonses for service of the complaint on the defendants.

3. The plaintiff shall have 90 days from the date of the issuance of the summons to complete service.

4. The Clerk shall send the summonses, a copy of the complaint, and this order to the plaintiff, who must arrange for service of the defendants with these documents pursuant to Rule 4 of the Federal Rule of Civil Procedure.

SO ORDERED.

                           /s/ Patti B. Saris
                          PATTI B. SARIS
                          UNITED STATES DISTRICT JUDGE